**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/14/2019

IN RE:

TERRY V. O'SHEA, JR.
JENNIFER M. O'SHEA
226 CROSSWINDS COURT
CORAOPOLIS,  PA  15108
XXX-XX-4875          Debtor(s)

XXX-XX-0794

Case No.14-23531 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/14/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AMERICAN HONDA FINANCE CORP*** | Trustee Claim Number:1   INT %: 0.90% | CRED DESC:  VEHICLE |
| NATIONAL BANKRUPTCY CENTER | Court Claim Number:4 | ACCOUNT NO.: 1003 |
| POB 168088 | CLAIM:  12,010.47 | |
| IRVING, TX  75016-8088 | COMMENT:  12039.92CL*PIF/CDTR LTR*12010.47@.9%@528.13MO/PL*DK | |
| | | |
| **RBS CITIZENS NA(*)** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  VEHICLE |
| 1 CITIZENS DRIVE | Court Claim Number:6 | ACCOUNT NO.: 4820 |
| MAILSTOP ROP15B | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT:  PMT/CL-PL*427.15X(60+2)=LMT*$0 ARRS/PL-CL*CITIFI AUTO/SCH | |
| | | |
| **DITECH FINANCIAL LLC(*)** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTENTION: BK CASH MANAGEMENT | Court Claim Number:14 | ACCOUNT NO.: 0220 |
| 301 W BAY STREET | | |
| FLOOR 22, J253 | CLAIM:  0.00 | |
| JACKSONVILLE, FL  32202 | COMMENT:  PMT/CL-PL*1942.45 X 60 +2=LMT*DKT*BGN 9-14*FR FANNIE MAE/GREENTREE-DOC | |
| | | |
| **JPMORGAN CHASE BANK NA O/B/O TX GUARAN** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O TEXAS GUARANTEED STUDENT LN CORP* | Court Claim Number:5 | ACCOUNT NO.: 0794 |
| PO BOX 659602* | CLAIM:  7,073.68 | |
| SAN ANTONIO, TX  78265-9602 | COMMENT:  JPMORGAN CHASE | |
| | | |
| **AFSA DATA CORPORATION/ACS++** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 7051 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM:  0.00 | |
| UTICA, NY  13504-7501 | COMMENT:  JPMORGAN CHASE/SCH | |
| | | |
| **AMERICAN EXPRESS BANK FSB** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O BECKET & LEE LLP | Court Claim Number:10 | ACCOUNT NO.: 3008 |
| PO BOX 3001 | CLAIM:  13,757.74 | |
| MALVERN, PA  19355-0701 | COMMENT:  NO ACNT NUM/SCH | |
| | | |
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:11 | ACCOUNT NO.: 9737 |
| | CLAIM:  3,317.78 | |
| NORFOLK, VA  23541 | COMMENT:  NO ACNT NUM/SCH*SYNCHRONY BANK~BANANA REPUBLIC | |
| | | |
| **BANK OF AMERICA NA**** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number: | ACCOUNT NO.: ? |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19886-5102 | COMMENT:  NT ADR/SCH | |
| | | |
| **FIA CARD SERVICES NA** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:7 | ACCOUNT NO.: 2480 |
| | CLAIM:  4,701.49 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |
| | | |
| **CERASTES LLC** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:13 | ACCOUNT NO.: 0043 |
| PO BOX 3978 | CLAIM:  7,922.43 | |
| SEATTLE, WA  98124-3978 | COMMENT:  NO ACNT NUM/SCH*BARCLAYS BANK | |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 278.68<br>COMMENT: NO ACNT NUM/SCH*BEST BUY/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8618 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 261.00<br>COMMENT: NO ACNT NUM/SCH*CAP 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2347 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE 19850 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 2,925.00<br>COMMENT: NO ACNT NUM/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5941 |
| **CITIBANK NA(*)++**<br>4740 121ST ST<br>URBANDALE, IA 50323 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **DISCOVER BANK(*)**<br>C/O DISCOVER FINANCIAL SVCS<br>POB 3025<br>NEW ALBANY, OH 43054 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: PD@CID 26,27/STIPOE*10k/CL | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 5569 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,607.91<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6404 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 164.49<br>COMMENT: NO$~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0926 |
| **NORDSTROM FSB**<br>POB 13599<br>SCOTTSDALE, AZ 85267-3599 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:12-2<br>CLAIM: 0.00<br>COMMENT: RS/DOE*NT PROV/PL*AMD=0*NO$/SCH G*W23 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2602 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **EQUITABLE GAS CO(*)**<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /PRAE |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2602 | CLAIM: 0.00<br>COMMENT: CL 15: 2883.03 W/DRAWN-DOC 33*W/DRAWN/OE-DOC 34 |
| **AMERICAN HONDA FINANCE CORP***<br>NATIONAL BANKRUPTCY CENTER<br>POB 168088<br>IRVING, TX 75016-8088 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:12-2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2602 | CLAIM: 2,883.03<br>COMMENT: NO GEN UNS/SCH*DFCNCY*AMD*W20 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br><br>NEW YORK, NY 10087-9262 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: /PRAE |
| **DITECH FINANCIAL LLC(*)**<br>ATTENTION: BK CASH MANAGEMENT<br>301 W BAY STREET<br>FLOOR 22, J253<br>JACKSONVILLE, FL 32202 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:14 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0220 | CLAIM: 917.74<br>COMMENT: $/CL-PL*THRU 8-14*FR FANNIEMAE/GREENTREE-DOC 51 |
| **WELTMAN WEINBERG & REIS**<br>PO BOX 93784<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:1 | CRED DESC: UNSECURED (S)<br>ACCOUNT NO.: 5569 | CLAIM: 7,500.00<br>COMMENT: DISCOVER BANK*$/STIPOE-CONF*W/27,16*NON DIST/STIP |
| **WELTMAN WEINBERG & REIS**<br>PO BOX 93784<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5569 | CLAIM: 2,500.00<br>COMMENT: DISCOVER BANK*UNS BAL/STIPOE*W27,16 |
| **SANTANDER CONSUMER USA****<br>PO BOX 961245<br><br>FT WORTH, TX 76161-1245 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: OSHEA | CLAIM: 0.00<br>COMMENT: PMT/PL-RPT*429.61X(20+2)=LMT*BGN 1/18*ND ACCT NUM |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: DITECH FNCL/PRAE |