IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Terry V. O'Shea, Jr.<br>    Jennifer M. O'Shea<br>        Debtor(s)<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>        Movant(s)<br>        Vs.<br>Terry V. O'Shea, Jr.<br>Jennifer M. O'Shea, Jr.<br>        Respondent(s) | Case No. 14-23531GLT<br>Chapter 13<br><br>Related to Dkt. No. 72<br>Hearing: October 8, 2019 at 10:00 a.m. |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **October 08, 2019 at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **September 13, 2019.**

|  |  |
|---|---|
| <u>8-22-19</u><br>Date | /s/ Ronda J. Winnecour<br>Ronda J. Winnecour (PA I.D.#30399)<br>Attorney and the Chapter 13 Trustee<br>U.S. Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 14-23531-GLT
Terry V. O'Shea, Jr.                                                   Chapter 13
Jennifer M. O'Shea
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: ctak              Page 1 of 2              Date Rcvd: Aug 23, 2019
                               Form ID: pdf900         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2019.
```
db/jdb         +Terry V. O'Shea, Jr.,    Jennifer M. O'Shea,    226 Crosswinds Court,    Coraopolis, PA 15108-9167
cr              American Honda Finance Corporation d/b/a Honda Fin,    PO Box 168088,    Irving, TX 75016-8088
cr             +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Honda Lease Trust d/b/a American Honda Finance Cor,    P.O. Box 168088,    Irving, TX 75016-8088
cr              eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
13914645       +ACS/JP Morgan Chase Bank,    PO Box 7051,    Utica, NY 13504-7051
13914646       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
13960719        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13914647        American Honda Service,    P.O. Box 168088,    Irving, TX 75016-8088
13914649       +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
13914650       +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
13914651       +Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
13914653       +Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
13914654       +Citibank,    701 East 60th Street,    Sioux Falls, SD 57104-0493
13914655        Citicards,    PO Box 6421,    Sioux Falls, SD 57117
13914656       +Citifinancial Auto,    PO Box 9575,    Coppell, TX 75019-9509
13921676       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13973300        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13931493       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13914659       +Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
13929188       +RBS Citizens, N.A.,    443 Jefferson Blvd RJW-135,    Warwick, RI 02886-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 24 2019 02:20:49
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX  75016-8088
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2019 02:20:16    Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
13922454        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 24 2019 02:20:49
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX  75016-8088,    866-716-6441
13914648       +E-mail/PDF: gecsedi@recoverycorp.com Aug 24 2019 02:24:33    Banana Republic,
                 P.O. Box 981400,    El Paso, TX 79998-1400
13914652        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2019 02:23:50    Capital One,
                 PO Box 85520,    Richmond, VA 23285-5075
13970252       +E-mail/Text: bncmail@w-legal.com Aug 24 2019 02:20:50    CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914657        E-mail/Text: mrdiscen@discover.com Aug 24 2019 02:20:06    Discover,    P.O. Box 3025,
                 New Albany, OH 43054-3025
13918152        E-mail/Text: mrdiscen@discover.com Aug 24 2019 02:20:06    Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14391504        E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2019 02:20:16
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13971904        E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2019 02:20:16      GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,    RAPID CITY, SD 57709-6154,    888-298-7785
13914658       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 24 2019 02:20:16    Greentree Servicing,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
13929081        E-mail/Text: bkyelectnotices@tgslc.org Aug 24 2019 02:21:01
                 JP Morgan Chase on behalf of Texas Guaranteed,    Student Loan Corporation,
                 c/o Texas Guaranteed Student Loan Corpor,    P. O. Box 83100,    Round Rock, TX 78683-3100
13914660       +E-mail/Text: bnc@nordstrom.com Aug 24 2019 02:20:12    Nordstrom Bank,    PO Box 13589,
                 Scottsdale, AZ 85267-3589
13957286        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 24 2019 02:24:14
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Discover Bank
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL
13972453*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance Corporation,    National Bankruptcy Center,
                 P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441)
                                                                                              TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: ctak              Page 2 of 2              Date Rcvd: Aug 23, 2019
                              Form ID: pdf900         Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2019 at the address(es) listed below:

```
          James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          James P. Valecko     on behalf of Creditor    Discover Bank jvalecko@weltman.com,  PitEcf@weltman.com
          Keri P. Ebeck    on behalf of Plaintiff    Discover Bank kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           mary@javardianlaw.com,  tami@javardianlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Debtor Terry V. O'Shea, Jr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          Shawn N. Wright    on behalf of Joint Debtor Jennifer M. O'Shea shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          Shawn N. Wright    on behalf of Defendant Jennifer M. O'Shea shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          William E. Craig    on behalf of Creditor    Honda Lease Trust d/b/a American Honda Finance
           Corporation ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
           Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 12
```