FILED
9/16/19 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br>   TERRY V. O'SHEA, JR. <br> JENNIFER M. O'SHEA <br>       Debtor(s) <br>   Ronda J. Winnecour, Trustee <br>     Movant <br>       vs. <br>   TERRY V. O'SHEA, JR. <br><br>       Respondent | Case No. 14-23531GLT <br><br> Chapter 13 <br><br> Related to Dkt. No. 80 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 16th day of September, 2019 it is hereby ORDERED, ADJUDGED, and DECREED that,

Brentwood Borough School Dist<br>
Attn: Payroll Manager<br>
3601 Brownsville Rd<br>
Pittsburgh, PA 15227

is hereby ordered to immediately terminate the attachment of the wages of JENNIFER M. O'SHEA, social security number XXX-XX-0794. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JENNIFER M. O'SHEA.

BY THE COURT:

_____
                   cgt
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Terry V. O'Shea, Jr.
Jennifer M. O'Shea
    Debtors

Case No. 14-23531-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut    Page 1 of 1    Date Rcvd: Sep 16, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2019.
db/jdb         +Terry V. O'Shea, Jr.,   Jennifer M. O'Shea,    226 Crosswinds Court,    Coraopolis, PA 15108-9167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2019 at the address(es) listed below:
        James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        James P. Valecko    on behalf of Creditor    Discover Bank jvalecko@weltman.com,    PitEcf@weltman.com
        Keri P. Ebeck    on behalf of Plaintiff    Discover Bank kebeck@bernsteinlaw.com,
         jbluemle@bernsteinlaw.com
        Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
         mary@javardianlaw.com,    tami@javardianlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
        Shawn N. Wright    on behalf of Defendant Jennifer M. O'Shea shawn@shawnwrightlaw.com,
         wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
        Shawn N. Wright    on behalf of Debtor Terry V. O'Shea, Jr. shawn@shawnwrightlaw.com,
         wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
        Shawn N. Wright    on behalf of Joint Debtor Jennifer M. O'Shea shawn@shawnwrightlaw.com,
         wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com
        William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
         Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
         mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        William E. Craig    on behalf of Creditor    Honda Lease Trust d/b/a American Honda Finance
         Corporation ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                     TOTAL: 12