FILED
9/16/19 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Terry O'Shea & Jennifer M. O'Shea, Debtors | : | Bankruptcy No. 14-23531 |
| | : | Chapter 13 |
| Jennifer M. O'Shea, Movant | : | |
| | : | WO-2 |
| v. | : | |
| Brentwood Borough School District, Respondent | : | Related to Dkt. No. 81 |

### ORDER OF COURT

AND NOW, this 16th day of September, 2019, it is hereby ORDERED, ADJUDGED AND DECREED that the existing wage attachment order against income of Debtor, Jennifer M. O'Shea, from Brentwood Borough School District is hereby terminated and dissolved.

_____
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 14-23531-GLT
Terry V. O'Shea, Jr.                                                                    Chapter 13
Jennifer M. O'Shea
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut                    Page 1 of 1              Date Rcvd: Sep 16, 2019
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2019.
db/jdb        +Terry V. O'Shea, Jr.,    Jennifer M. O'Shea,    226 Crosswinds Court,    Coraopolis, PA 15108-9167

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James P.   Valecko    on behalf of Creditor    Discover Bank jvalecko@weltman.com,    PitEcf@weltman.com
              Keri P.   Ebeck    on behalf of Plaintiff    Discover Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mary F.   Kennedy    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com,    tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J.   Winnecour    cmecf@chapter13trusteewdpa.com
              S. James   Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N.   Wright    on behalf of Defendant Jennifer M. O'Shea shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N.   Wright    on behalf of Debtor Terry V. O'Shea, Jr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N.   Wright    on behalf of Joint Debtor Jennifer M. O'Shea shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              William E.   Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E.   Craig    on behalf of Creditor    Honda Lease Trust d/b/a American Honda Finance
               Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 12