Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Terry V. O'Shea Jr.** | : | Case No. 14−23531−GLT |
| **Jennifer M. O'Shea** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 93 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/29/20 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

   *AND NOW,* this *The 26th of November, 2019*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 93 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1) *On or before January 10, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2) This Motion is scheduled for hearing on *January 29, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

   (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23531-GLT
Terry V. O'Shea, Jr.                                                      Chapter 13
Jennifer M. O'Shea
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 2           Date Rcvd: Nov 26, 2019
                              Form ID: 604            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db/jdb       +Terry V. O'Shea, Jr.,    Jennifer M. O'Shea,    226 Crosswinds Court,    Coraopolis, PA 15108-9167
cr            American Honda Finance Corporation d/b/a Honda Fin,    PO Box 168088,    Irving, TX  75016-8088
cr           +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr           +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
cr           +Honda Lease Trust d/b/a American Honda Finance Cor,    P.O. Box 168088,    Irving, TX 75016-8088
cr            eCAST Settlement Corporation,    POB 29262,    New York, NY  10087-9262
13914645     +ACS/JP Morgan Chase Bank,    PO Box 7051,    Utica, NY 13504-7051
13914646     +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
13960719      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13914647      American Honda Service,    P.O. Box 168088,    Irving, TX 75016-8088
13914649     +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
13914650     +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
13914651     +Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
13914653     +Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
13914654     +Citibank,    701 East 60th Street,    Sioux Falls, SD 57104-0493
13914655      Citicards,    PO Box 6421,    Sioux Falls, SD 57117
13914656     +Citifinancial Auto,    PO Box 9575,    Coppell, TX 75019-9509
13921676     +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
13973300      ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
               NEW YORK, NY 10087-9262
13931493     +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13914659     +Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
13929188     +RBS Citizens, N.A.,    443 Jefferson Blvd RJW-135,    Warwick, RI 02886-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2019 03:58:18
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX  75016-8088
cr           +E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35     Ditech Financial LLC,
              PO BOX 6154,    RAPID CITY, SD 57709-6154
13922454      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2019 03:58:18
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088,    866-716-6441
13914648     +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:45      Banana Republic,
              P.O. Box 981400,    El Paso, TX 79998-1400
13914652      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2019 04:00:10      Capital One,
              PO Box 85520,    Richmond, VA 23285-5075
13970252     +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18     CERASTES, LLC,
              C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914657      E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover,    P.O. Box 3025,
              New Albany, OH 43054-3025
13918152      E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14391504      E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35
              Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
13971904      E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35       GREEN TREE SERVICING LLC,
              P.O. BOX 6154,    RAPID CITY, SD 57709-6154,    888-298-7785
13914658     +E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35     Greentree Servicing,
              P.O. Box 6172,    Rapid City, SD 57709-6172
13929081      E-mail/Text: bkyelectnotices@tgslc.org Nov 27 2019 03:58:31
              JP Morgan Chase on behalf of Texas Guaranteed,    Student Loan Corporation,
              c/o Texas Guaranteed Student Loan Corpor,    P. O. Box 83100,    Round Rock, TX 78683-3100
13914660     +E-mail/Text: bnc@nordstrom.com Nov 27 2019 03:57:31     Nordstrom Bank,    PO Box 13589,
              Scottsdale, AZ 85267-3589
13957286      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:00:57
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Discover Bank
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL
13972453*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court: American Honda Finance Corporation,    National Bankruptcy Center,
                 P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441)
                                                                                      TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2         User: jhel              Page 2 of 2              Date Rcvd: Nov 26, 2019
                             Form ID: 604            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:

```
          James   Warmbrodt     on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          James   Warmbrodt     on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          James P. Valecko     on behalf of Creditor   Discover Bank jvalecko@weltman.com,  PitEcf@weltman.com
          Keri P. Ebeck     on behalf of Plaintiff   Discover Bank kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Mary F. Kennedy     on behalf of Creditor   Ditech Financial LLC f/k/a Green Tree Servicing LLC
           mary@javardianlaw.com,   tami@javardianlaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Rebecca   Solarz     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright     on behalf of Debtor Terry V. O'Shea, Jr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          Shawn N. Wright     on behalf of Joint Debtor Jennifer M. O'Shea shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          Shawn N. Wright     on behalf of Defendant Jennifer M. O'Shea shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
           m
          William E. Craig     on behalf of Creditor    Honda Lease Trust d/b/a American Honda Finance
           Corporation ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig     on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
           Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```