**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TERRY V. O'SHEA, JR.<br>JENNIFER M. O'SHEA<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:14-23531<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

November 25, 2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/29/2014 and confirmed on 10/8/14. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 204,331.30 |
| Less Refunds to Debtor | 583.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 203,748.30 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,870.00 | |
|    Trustee Fee | 8,318.24 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,188.24 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   DITECH FINANCIAL LLC(*) | 0.00 | 120,532.48 | 0.00 | 120,532.48 |
|     Acct: 0220 | | | | |
|   DITECH FINANCIAL LLC(*) | 917.74 | 917.74 | 0.00 | 917.74 |
|     Acct: 0220 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 12,010.47 | 12,010.47 | 125.25 | 12,135.72 |
|     Acct: 1003 | | | | |
|   RBS CITIZENS NA(*) | 0.00 | 26,483.30 | 0.00 | 26,483.30 |
|     Acct: 4820 | | | | |
| | | | | 160,069.24 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 3,870.00 | 3,870.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY V. O'SHEA, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY V. O'SHEA, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TERRY V. O'SHEA, JR. | 583.00 | 583.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2602 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 9,451.42 | 0.00 | 9,451.42 |
|     Acct: XSHEA | | | | |
| | | | | 9,451.42 |
| **Unsecured** | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5569 | | | | |
|   WELTMAN WEINBERG & REIS | 7,500.00 | 7,500.00 | 0.00 | 7,500.00 |
|     Acct: 5569 | | | | |
|   JPMORGAN CHASE BANK NA O/B/O TX C | 7,073.68 | 2,125.24 | 0.00 | 2,125.24 |
|     Acct: 0794 | | | | |
|   AFSA DATA CORPORATION/ACS++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|     Acct: ? | | | | |
|   AMERICAN EXPRESS BANK FSB | 13,757.74 | 4,133.41 | 0.00 | 4,133.41 |
|     Acct: 3008 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,317.78 | 996.80 | 0.00 | 996.80 |
|     Acct: 9737 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   FIA CARD SERVICES NA | 4,701.49 | 1,412.53 | 0.00 | 1,412.53 |
|     Acct: 2480 | | | | |
|   CERASTES LLC | 7,922.43 | 2,380.23 | 0.00 | 2,380.23 |
|     Acct: 0043 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 278.68 | 83.73 | 0.00 | 83.73 |
|     Acct: 8618 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 261.00 | 78.42 | 0.00 | 78.42 |
|     Acct: 2347 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ECAST SETTLEMENT CORP | 2,925.00 | 878.80 | 0.00 | 878.80 |
|     Acct: 5941 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 2,607.91 | 783.52 | 0.00 | 783.52 |
|     Acct: 6404 | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 164.49 | 49.42 | 0.00 | 49.42 |
|     Acct: 0926 | | | | |
|   NORDSTROM FSB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   AMERICAN HONDA FINANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2602 | | | | |
|   AMERICAN HONDA FINANCE CORP* | 2,883.03 | 866.19 | 0.00 | 866.19 |
|     Acct: 2602 | | | | |
|   WELTMAN WEINBERG & REIS | 2,500.00 | 751.11 | 0.00 | 751.11 |
|     Acct: 5569 | | | | |
|   EQUITABLE GAS CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ECAST SETTLEMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 22,039.40 |

TOTAL PAID TO CREDITORS                                                                 191,560.06

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 12,928.21 |
| SECURED | 55,893.23 |

Date: 11/25/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    TERRY V. O'SHEA, JR.
    JENNIFER M. O'SHEA
        Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:14-23531

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                      BY THE COURT:

                                      _____
                                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-23531-GLT
Terry V. O'Shea, Jr.                                            Chapter 13
Jennifer M. O'Shea
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: jhel                Page 1 of 2          Date Rcvd: Nov 26, 2019
                              Form ID: pdf900           Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
```
db/jdb         +Terry V. O'Shea, Jr.,    Jennifer M. O'Shea,    226 Crosswinds Court,    Coraopolis, PA 15108-9167
cr              American Honda Finance Corporation d/b/a Honda Fin,    PO Box 168088,    Irving, TX  75016-8088
cr             +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Honda Lease Trust d/b/a American Honda Finance Cor,    P.O. Box 168088,    Irving, TX 75016-8088
cr              eCAST Settlement Corporation,    POB 29262,    New York, NY  10087-9262
13914645       +ACS/JP Morgan Chase Bank,    PO Box 7051,    Utica, NY 13504-7051
13914646       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
13960719        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13914647        American Honda Service,    P.O. Box 168088,    Irving, TX 75016-8088
13914649       +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
13914650       +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
13914651       +Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
13914653       +Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
13914654       +Citibank,    701 East 60th Street,    Sioux Falls, SD 57104-0493
13914655        Citicards,    PO Box 6421,    Sioux Falls, SD 57117
13914656       +Citifinancial Auto,    PO Box 9575,    Coppell, TX 75019-9509
13921676       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13973300        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13931493       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13914659       +Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
13929188       +RBS Citizens, N.A.,    443 Jefferson Blvd RJW-135,    Warwick, RI 02886-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2019 03:58:18
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX  75016-8088
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35     Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
13922454        E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 27 2019 03:58:18
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
13914648       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:01:31     Banana Republic,
                 P.O. Box 981400,    El Paso, TX 79998-1400
13914652        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 27 2019 04:00:52     Capital One,
                 PO Box 85520,    Richmond, VA 23285-5075
13970252       +E-mail/Text: bncmail@w-legal.com Nov 27 2019 03:58:18     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914657        E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover,    P.O. Box 3025,
                 New Albany, OH 43054-3025
13918152        E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14391504        E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13971904        E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35       GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,    RAPID CITY, SD 57709-6154,    888-298-7785
13914658       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 27 2019 03:57:35     Greentree Servicing,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
13929081        E-mail/Text: bkyelectnotices@tgslc.org Nov 27 2019 03:58:31
                 JP Morgan Chase on behalf of Texas Guaranteed,    Student Loan Corporation,
                 c/o Texas Guaranteed Student Loan Corpor,    P. O. Box 83100,    Round Rock, TX 78683-3100
13914660       +E-mail/Text: bnc@nordstrom.com Nov 27 2019 03:57:31     Nordstrom Bank,    PO Box 13589,
                 Scottsdale, AZ 85267-3589
13957286        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:00:19
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 14
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Discover Bank
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL
13972453*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance Corporation,    National Bankruptcy Center,
                 P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441)
                                                                                               TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: jhel              Page 2 of 2             Date Rcvd: Nov 26, 2019
                              Form ID: pdf900         Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Discover Bank jvalecko@weltman.com,
               PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Plaintiff    Discover Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com,  tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca  Solarz    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Terry V. O'Shea, Jr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Joint Debtor Jennifer M. O'Shea shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Defendant Jennifer M. O'Shea shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              William E. Craig    on behalf of Creditor    Honda Lease Trust d/b/a American Honda Finance
               Corporation ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```