| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Terry V. O'Shea Jr.** | Social Security number or ITIN  **xxx–xx–4875** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer M. O'Shea** | Social Security number or ITIN  **xxx–xx–0794** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number:  **14–23531–GLT** | | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terry V. O'Shea Jr.                                                                         Jennifer M. O'Shea

<u>1/21/20</u>                                                                              **By the court:**    <u>Gregory L. Taddonio</u>
                                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-23531-GLT
Terry V. O'Shea, Jr.                                                  Chapter 13
Jennifer M. O'Shea
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 2           Date Rcvd: Jan 21, 2020
                               Form ID: 3180W          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2020.
```
db/jdb         +Terry V. O'Shea, Jr.,    Jennifer M. O'Shea,    226 Crosswinds Court,    Coraopolis, PA 15108-9167
cr              American Honda Finance Corporation d/b/a Honda Fin,    PO Box 168088,    Irving, TX 75016-8088
cr             +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Honda Lease Trust d/b/a American Honda Finance Cor,    P.O. Box 168088,    Irving, TX 75016-8088
13914645       +ACS/JP Morgan Chase Bank,    PO Box 7051,    Utica, NY 13504-7051
13914647        American Honda Service,    P.O. Box 168088,    Irving, TX 75016-8088
13914655        Citicards,    PO Box 6421,    Sioux Falls, SD 57117
13914656       +Citifinancial Auto,    PO Box 9575,    Coppell, TX 75019-9509
13931493       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13929188       +RBS Citizens, N.A.,    443 Jefferson Blvd RJW-135,    Warwick, RI 02886-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 22 2020 03:41:22     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr              EDI: HNDA.COM Jan 22 2020 08:28:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX  75016-8088
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11     Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
cr              EDI: ECAST.COM Jan 22 2020 08:33:00      eCAST Settlement Corporation,    POB 29262,
                 New York, NY  10087-9262
13922454        EDI: HNDA.COM Jan 22 2020 08:28:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
13914646       +EDI: AMEREXPR.COM Jan 22 2020 08:33:00      American Express,    P.O. Box 297871,
                 Fort Lauderdale, FL 33329-7871
13960719        EDI: BECKLEE.COM Jan 22 2020 08:33:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
13914648       +EDI: RMSC.COM Jan 22 2020 08:33:00      Banana Republic,    P.O. Box 981400,
                 El Paso, TX 79998-1400
13914649       +EDI: BANKAMER2.COM Jan 22 2020 08:33:00      Bank of America,    P.O. Box 17054,
                 Wilmington, DE 19884-0001
13914650       +EDI: TSYS2.COM Jan 22 2020 08:33:00      Barclays Bank Delaware,    125 S West Street,
                 Wilmington, DE 19801-5014
13914651       +EDI: HFC.COM Jan 22 2020 08:33:00      Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
13914652        EDI: CAPITALONE.COM Jan 22 2020 08:33:00      Capital One,    PO Box 85520,
                 Richmond, VA 23285-5075
13970252       +E-mail/Text: bncmail@w-legal.com Jan 22 2020 03:41:37      CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914653       +EDI: CHASE.COM Jan 22 2020 08:33:00      Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
13914654       +EDI: CITICORP.COM Jan 22 2020 08:33:00      Citibank,    701 East 60th Street,
                 Sioux Falls, SD 57104-0493
13921676       +EDI: TSYS2.COM Jan 22 2020 08:33:00      Department Stores National Bank/Macy's,
                 Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
13914657        EDI: DISCOVER.COM Jan 22 2020 08:33:00      Discover,    P.O. Box 3025,
                 New Albany, OH 43054-3025
13918152        EDI: DISCOVER.COM Jan 22 2020 08:33:00      Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
14391504        E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13973300        EDI: ECAST.COM Jan 22 2020 08:33:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
                 OF CITIBANK, N.A.,    POB 29262,    NEW YORK, NY 10087-9262
13971904        E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11     GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,    RAPID CITY, SD 57709-6154,    888-298-7785
13914658       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11     Greentree Servicing,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
13929081        E-mail/Text: bkyelectnotices@tgslc.org Jan 22 2020 03:41:44
                 JP Morgan Chase on behalf of Texas Guaranteed,    Student Loan Corporation,
                 c/o Texas Guaranteed Student Loan Corpor,    P. O. Box 83100,    Round Rock, TX 78683-3100
13914659       +EDI: TSYS2.COM Jan 22 2020 08:33:00      Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
13914660       +E-mail/Text: bnc@nordstrom.com Jan 22 2020 03:41:08      Nordstrom Bank,    PO Box 13589,
                 Scottsdale, AZ 85267-3589
13957286        EDI: PRA.COM Jan 22 2020 08:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
                                                                                               TOTAL: 26
```

```
District/off: 0315-2          User: bsil              Page 2 of 2            Date Rcvd: Jan 21, 2020
                              Form ID: 3180W          Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Discover Bank
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL
13972453*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court:  American Honda Finance Corporation,   National Bankruptcy Center,
                P.O. Box 168088,   Irving, TX 75016-8088,   866-716-6441)
                                                                               TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2020 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          James P. Valecko    on behalf of Creditor    Discover Bank jvalecko@weltman.com, PitEcf@weltman.com
          Keri P. Ebeck    on behalf of Plaintiff    Discover Bank kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
           mary@javardianlaw.com, tami@javardianlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebecca  Solarz    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Shawn N. Wright    on behalf of Debtor Terry V. O'Shea, Jr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Joint Debtor Jennifer M. O'Shea shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Defendant Jennifer M. O'Shea shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          William E. Craig    on behalf of Creditor    Honda Lease Trust d/b/a American Honda Finance
           Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
           Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                       TOTAL: 14
```