IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/21/20 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    TERRY V. O'SHEA, JR.
    JENNIFER M. O'SHEA
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:14-23531

Chapter 13

Related to Dkt. No. 93

ORDER OF COURT

  AND NOW, this 21st day of January, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

**ENTERED BY DEFAULT**

_____
U.S. BANKRUPTCY JUDGE
jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-23531-GLT
Terry V. O'Shea, Jr.                                                    Chapter 13
Jennifer M. O'Shea
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 2         Date Rcvd: Jan 21, 2020
                            Form ID: pdf900        Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
```
db/jdb         +Terry V. O'Shea, Jr.,    Jennifer M. O'Shea,    226 Crosswinds Court,    Coraopolis, PA 15108-9167
cr              American Honda Finance Corporation d/b/a Honda Fin,    PO Box 168088,    Irving, TX 75016-8088
cr             +Ditech Financial LLC,    P.O. BOX 9013,    ADDISON, TX 75001-9013
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +Honda Lease Trust d/b/a American Honda Finance Cor,    P.O. Box 168088,    Irving, TX 75016-8088
cr              eCAST Settlement Corporation,    POB 29262,    New York, NY   10087-9262
13914645       +ACS/JP Morgan Chase Bank,    PO Box 7051,    Utica, NY 13504-7051
13914646       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
13960719        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13914647        American Honda Service,    P.O. Box 168088,    Irving, TX 75016-8088
13914649       +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
13914650       +Barclays Bank Delaware,    125 S West Street,    Wilmington, DE 19801-5014
13914651       +Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
13914653       +Chase,    P.O. Box 15299,    Wilmington, DE 19850-5299
13914654       +Citibank,    701 East 60th Street,    Sioux Falls, SD 57104-0493
13914655        Citicards,    PO Box 6421,    Sioux Falls, SD 57117
13914656       +Citifinancial Auto,    PO Box 9575,    Coppell, TX 75019-9509
13921676       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13973300        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13931493       +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13914659       +Macy's,    9111 Duke Boulevard,    Mason, OH 45040-8999
13929188       +RBS Citizens, N.A.,    443 Jefferson Blvd RJW-135,    Warwick, RI 02886-1321
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 22 2020 03:41:37
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX   75016-8088
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11     Ditech Financial LLC,
                 PO BOX 6154,    RAPID CITY, SD 57709-6154
13922454        E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 22 2020 03:41:37
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6441
13914648       +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2020 03:51:24     Banana Republic,
                 P.O. Box 981400,    El Paso, TX 79998-1400
13914652        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 22 2020 03:50:23     Capital One,
                 PO Box 85520,    Richmond, VA 23285-5075
13970252       +E-mail/Text: bncmail@w-legal.com Jan 22 2020 03:41:37     CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13914657        E-mail/Text: mrdiscen@discover.com Jan 22 2020 03:41:04     Discover,    P.O. Box 3025,
                 New Albany, OH 43054-3025
13918152        E-mail/Text: mrdiscen@discover.com Jan 22 2020 03:41:04     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
14391504        E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11
                 Ditech Financial LLC fka Green Tree Servicing,    LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13971904        E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11      GREEN TREE SERVICING LLC,
                 P.O. BOX 6154,    RAPID CITY, SD 57709-6154,    888-298-7785
13914658       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 22 2020 03:41:11     Greentree Servicing,
                 P.O. Box 6172,    Rapid City, SD 57709-6172
13929081        E-mail/Text: bkyelectnotices@tgslc.org Jan 22 2020 03:41:45
                 JP Morgan Chase on behalf of Texas Guaranteed,    Student Loan Corporation,
                 c/o Texas Guaranteed Student Loan Corpor,    P. O. Box 83100,    Round Rock, TX 78683-3100
13914660       +E-mail/Text: bnc@nordstrom.com Jan 22 2020 03:41:09     Nordstrom Bank,    PO Box 13589,
                 Scottsdale, AZ 85267-3589
13957286        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 22 2020 03:50:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              Discover Bank
cr              Ditech Financial LLC f/k/a Green Tree Servicing LL
13972453*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance Corporation,    National Bankruptcy Center,
                 P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441)
                                                                                   TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2          User: bsil                 Page 2 of 2         Date Rcvd: Jan 21, 2020
                              Form ID: pdf900            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:

```
              James    Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Discover Bank jvalecko@weltman.com, PitEcf@weltman.com
              Keri P. Ebeck    on behalf of Plaintiff    Discover Bank kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Mary F. Kennedy    on behalf of Creditor    Ditech Financial LLC f/k/a Green Tree Servicing LLC
               mary@javardianlaw.com, tami@javardianlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebecca Solarz    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Shawn N. Wright    on behalf of Debtor Terry V. O'Shea, Jr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Joint Debtor Jennifer M. O'Shea shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Defendant Jennifer M. O'Shea shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              William E. Craig    on behalf of Creditor    Honda Lease Trust d/b/a American Honda Finance
               Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation d/b/a Honda
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 14
```