SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

  2. Case Administrator

FROM: Financial Administrator

DATE: 2/4/2020

CASE NAME: O'Shea

CASE NUMBER: 14-23531-GLT

Check Number 1145698 in the amount of $ 81.75 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 16643      Intake Clerk's Initials  MF

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
01/30/2020

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: TERRY V. O'SHEA, JR.
JENNIFER M. O'SHEA
Case No: 14-23531GLT

Dear Mr. Rhodes:

    I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
    These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

                                   Weltman Weinberg & Reis
                                   Po Box 93784
                                   Cleveland,OH 44101

CHECK NUMBER 1145698         AMOUNT $81.75

    The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

       Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

                                                 /s/ Susan Legler
                                                 Administrative Assistant
                                                 for Ronda J. Winnecour, Esq.
                                                 Chapter 13 Trustee

CC:SHAWN N WRIGHT ESQ
TERRY V. O'SHEA, JR.
JENNIFER M. O'SHEA
Weltman Weinberg & Reis